# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RANDY DAVIS                                                                    PLAINTIFF

v.                              CASE NO. 3:10CV00065 JTK

MICHAEL J. ASTRUE,
*Commissioner,* Social Security Administration                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff,

reversing the decision of the Commissioner and remanding this case for further evaluation

consistent with the findings of the court.

SO ADJUDGED this 27th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE